EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Yolanda Díaz Rivera | 2022 TSPR 153<br><br>210 DPR ___ |

Número del Caso: TS-14,092


Fecha: 23 de diciembre de 2022


Abogado de la parte peticionaria:

    Por derecho propio


Materia: Reinstalación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | |
| Yolanda Díaz Rivera | TS-14,092 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de diciembre de 2022.

Examinada la *Moción solicitando reinstalación al ejercicio de la abogacía*, presentada por la Sra. Yolanda Díaz Rivera, ordenamos su reinstalación al ejercicio de la abogacía, no sin antes, apercibirle de que, en el futuro, debe cumplir oportunamente con las ordenes de este Tribunal.

Además, se le ordena a la Secretaría de este Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

María I. Colón Falcón
Secretaria del Tribunal Supremo Interina